RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 16 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Atlanta Division

|  |  |
|---|---|
| JASON WARD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. _____ |
| CFS II INCORPORATED, | ) 1:11-CV-3934 |
| Defendant. | ) |

## COMPLAINT

Plaintiff Jason Ward alleges as follows:

### Introduction

1. At all times herein after mentioned, plaintiff is and was a resident of Duluth, Georgia.

2. Defendant, CFS II Incorporated, is a corporation incorporated under the laws of Oklahoma and having a main office at 2448 East 81st Street, Suite 500, Tulsa, Oklahoma, 74137.

3. Defendant, CFS II Incorporated, is registered with the Georgia Secretary of State as a Foreign Corporation doing business in Georgia and has designated a registered agent: CT CORPORATION SYSTEM, 1201 Peachtree St NE, Atlanta, GA 30361.

## Jurisdiction

4. The Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

## Defendant's Statutory Violations

5. The Defendant is reporting derogatory information about Plaintiff to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. § 1681a.

6. Plaintiff has disputed the accuracy of the derogatory information reported by the Defendant on four separate occasions via certified mail. See attachments.

7. Defendant has not responded to Plaintiff's four letters of dispute nor his four requests to amicably resolve this matter.

8. Defendant has not provided notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. § 1681s-2 which requires this notice.

9. Defendant has failed to comply with 15 U.S.C. § 1692g in that it has not within 5 days of Plaintiff's initial communication (nor at any other time) sent Plaintiff written documentation of the amount of the debt, the name of the original creditor nor other information required by the Fair Credit Reporting Act.

10. Defendant has failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff within the 30 day period as required by 15 U.S.C. § 1681s-2.

11. Defendant has not notified Plaintiff of any determination that Plaintiff's dispute is frivolous within the 5 days required by 15 U.S.C. § 1681s-2, nor at any other time.

## **Prayer for Relief**

13. WHERFORE,

 Plaintiff seeks a reasonable and fair judgment against defendant for <u>willful noncompliance of the Fair Credit Reporting Act</u> and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

 $1,000 for actual damages

 $25,000 in punitive damages

 Permanent injunction against the Defendant from reporting derogatory information about Plaintiff to Consumer Reporting Agencies (credit bureaus)

 Permanent injunction against Defendant for selling this alleged debt to any other party

 Any further relief which the court may deem appropriate.


Respectfully Submitted,

*/s/ Jason Ward*

Jason Ward

Plaintiff, Pro Se

1515 Pleasant Hill Road, Unit 120

Duluth, GA   30096

(404) 884-1021

thejasonward@gmail.com

Case 1:11-cv-03934-AT Document 3 Filed 11/28/11 Page 4 of 10

**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Deborah White
B. Received by (Printed Name): Deborah White
C. Date of Delivery: 10/7
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
CFS II INC
2448 E 81St ST
STE 500
TULSA OK 74137

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7011 1150 0000 3505 2926

PS Form 3811, February 2004    Domestic Return Receipt

**Certified Mail Receipt 1:**
U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
TULSA OK 74137
Postage: $0.44
Certified Fee: $2.85
Return Receipt Fee (Endorsement Required): $2.30
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $5.59    10/04/2011
Sent To: CFS II
Street, Apt. No.; or PO Box No.: 2448 81St ST S
City, State, ZIP+4: TULSA OK 74137
PS Form 3800, August 2006

**Return Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Deborah White
B. Received by (Printed Name): Deborah White
C. Date of Delivery: 10/31
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
CFS II
2448 E 81St
STE 500
TULSA OK 74137

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7011 1150 0000 3500 6875

PS Form 3811, February 2004    Domestic Return Receipt

**Certified Mail Receipt 2:**
U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
DALLAS
Postage: $0.44
Certified Fee: $2.85
Return Receipt Fee (Endorsement Required): $2.30
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $5.59    10/28/2011
Postmark: OCT 28 2011
Sent To: CFS I
Street, Apt. No.; or PO Box No.: 2448 E 81St ST
City, State, ZIP+4: TULSA OK 74137
PS Form 3800, August 2006

**Certified Mail Receipt 3:**
U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
OFFICIAL USE
Postage: $0.44
Certified Fee: $2.85
Return Receipt Fee (Endorsement Required): $2.30
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $5.59    11/07/2011
Sent To: CFS
Street, Apt. No.; or PO Box No.: 2448 E 81St STE 500
City, State, ZIP+4: TULSA OK 74137
PS Form 3800, August 2006



1515 Pleasant Hill Road, Unit 120
Duluth, GA   30096


September 15, 2011

CFS II INC
2448 E 81ST 5T STE 500
TULSA, OK 74137-4250


VIA CERTIFIED MAIL RRR_____


Notice of Disputed Information in Credit File

Hello,

You are reporting information on my credit bureau file even though I have never had an account with your company.  My identity was stolen and my drivers license, social security number and other identifying information were used repeatedly without my knowledge.   Please remove the entry you have reported to the credit bureau(s) or contact me at the address above to discuss this matter further.


Kind regards


Jason Ward

1515 Pleasant Hill Road, Unit 120
Duluth, GA   30096

October 4, 2011

CFS II INC
2448 E 81ST ST STE 500
TULSA, OK 74137-4250

VIA CERTIFIED MAIL RRR  7011 1150 0000 3505 2926

SECOND NOTICE

Hello,

You are reporting information on my credit bureau file even though I have never had an account with your company.  My identity was stolen and my drivers license, social security number and other identifying information were used repeatedly without my knowledge.   Please remove the entry you have reported to the credit bureau(s) or contact me at the address above to discuss this matter further.

Kind regards

Jason Ward

1515 Pleasant Hill Road, Unit 120
Duluth, GA   30096

October 27, 2011

CFS II INC
2448 E 81ST ST STE 500
TULSA, OK 74137-4250

VIA CERTIFIED MAIL RRR  7011 1150 0000 3900 6875

THIRD NOTICE

Hello,

You are reporting information on my credit bureau file even though I have never had an account with your company.  My identity was stolen and my drivers license, social security number and other identifying information were used repeatedly without my knowledge.   The information you are reporting is inaccurate and I dispute it.  This is the third time I am contacting you to amicably resolve this matter; please contact me at the above address to avoid litigation.

Please remove the false and negative information you are reporting to the credit bureau(s) or provide me with information proving this debt exists.

Kind regards

Jason Ward

1515 Pleasant Hill Road, Unit 120<br>
Duluth, GA   30096

November 3, 2011

CFS II INC
2448 E 81ST ST STE 500
TULSA, OK 74137-4250

VIA CERTIFIED MAIL RRR  7011 1150 0000 3505 9680

FOURTH NOTICE

<u>FINAL NOTICE BEFORE LITIGATION</u>

Hello,

You are reporting information on my credit bureau file even though I have never had an account with your company.  I therefore dispute the accuracy of the information.  My identity was stolen and my drivers license, social security number and other identifying information were used repeatedly without my knowledge.   This is the fourth and final time I am contacting you to amicably resolve this matter.  Please remove the false and negative information you are reporting to the credit bureau(s) or provide me with information proving this debt exists.

An action against you in U.S. District Court will file on November 15th 2011 unless this matter is resolved.


Kind regards


Jason Ward

